THE CITY OF VINELAND, PLAINTIFF-RESPONDENT, v. JOSEPH DI BIASO, JR., *ET AL.*, DEFENDANTS-RESPONDENTS AND DEPARTMENT OF CIVIL SERVICE OF THE STATE OF NEW JERSEY, DEFENDANT-PETITIONER.

*Mr. Arthur J. Sills* and *Mr. Philip S. Carchman* for the petitioner.

*Messrs. Saling, Boglioli & Moore, Mr. John W. O'Mara, Mr. Martin L. Pagliughi* and *Mr. Samuel J. Serata* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARK S. HOLLEY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES BANKS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David S. Baime* for the respondent.

June 30, 1969. Denied.